1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE DESHAWN BARNES,              No.  2:25-cv-0863 WBS CSK P

12                  Petitioner,

13          v.                             ORDER AND FINDINGS AND
                                           RECOMMENDATIONS
14    ROSEMARY OROZCO, et al.,

15                  Respondents.

16

17          Petitioner is a county prisoner, proceeding without counsel, with a petition for writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  On May 2, 2025, this Court recommended that the

19    petition be dismissed as barred by the Younger abstention doctrine.  See Younger v. Harris, 401

20    U.S. 37 (1971).  (ECF No. 7.)  On May 12, 2025, the May 2, 2025 findings and recommendations

21    were returned unserved on petitioner.  For the following reasons, the May 2, 2025 findings and

22    recommendations are vacated, and this Court recommends that this action be dismissed for

23    petitioner's failure to comply with Local Rule 182(f), which requires that a party appearing in

24    propria persona inform the Court of any address change.

25          In the May 2, 2025 findings and recommendations, this Court found that petitioner

26    challenged ongoing criminal proceedings and/or competency proceedings related to the criminal

27    proceedings.  (ECF No. 7 at 3.)  For this reason, petitioner's claims were barred by the Younger

28    abstention doctrine.  (Id. at 3-5.)  At the time petitioner filed the instant action, petitioner was

                                            1

1    housed at the Amador County Jail.  (ECF No. 1.)  Based on the unserved findings and

2    recommendations, reflecting that petitioner is no longer housed at the Amador County Jail, the

3    status of petitioner's criminal proceedings and/or competency proceedings is not clear.  For this

4    reason, in an abundance of caution, this Court vacates the May 2, 2025 findings and

5    recommendations recommending that this action be dismissed as barred by the Younger

6    abstention doctrine.  Because thirty days have passed from May 12, 2025 (the date the May 2,

7    2025 findings and recommendations were returned unserved), this Court now recommends that

8    this action be dismissed for petitioner's failure to notify the Court of his current address, as

9    required by Local Rule 182(f).

10          Accordingly, IT IS HEREBY ORDERED that the May 2, 2025 findings and

11    recommendations (ECF No. 7) are vacated; and

12          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for

13    failure to prosecute.  See Local Rule 183(b).

14          These findings and recommendations are submitted to the United States District Judge

15    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

16    after being served with these findings and recommendations, petitioner may file written

17    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

18    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

19    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

20    F.2d 1153 (9th Cir. 1991).

21

22    Dated:  June 25, 2025

23                                                    _____
                                                     CHI SOO KIM
24                                                   UNITED STATES MAGISTRATE JUDGE

25

26    Barn863.133/2

27

28

                                                     2