UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Petitioner,<br><br>v.<br><br>ROSEMARY OROZCO, et al.,<br><br>Respondents. | No. 2:25-cv-0863 WBS CSK P<br><br><br><br>ORDER |

Petitioner, a county prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner did not file objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are adopted in full; and

2. This action is dismissed without prejudice for failure to prosecute. <u>See</u> Local Rule 183(6).

Dated: July 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

barn25cv0863.800.hc

2